1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney           *E-FILED 5/21/07*
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7124
   FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                          SAN JOSE DIVISION

12 MARIA SOKOLOVA,                  )
                                    )
13         Plaintiff,                )   No. C 07-1796 RS
                                    )
14         v.                        )
                                    )
15 ALBERTO GONZALES, Attorney General )
   of the United States;            )   **STIPULATION TO DISMISS AND**
16 MICHAEL CHERTOFF, U.S. Secretary of ) **[PROPOSED] ORDER**
   Homeland Security;               )
17 EMILIO T. GONZALEZ, U.S. Department of )
   Homeland Security, Bureau of Citizenship and )
18 Immigration Services;            )
   ROBERT S. MUELLER, Director of Federal )
19 Bureau of Investigation;         )
   DAVID N. STILL, District Director, U.S. )
20 Department of Homeland Security, Bureau of )
   Citizenship and Immigration Service, )
21 San Francisco District;           )
   FRANCIS D. SICILIANO, Officer-in-Charge, )
22 U.S. Department of Homeland Security, )
   Bureau of Citizenship and Immigration Services, )
23 San Jose Sub Office,              )
                                    )
24         Defendants.               )
   _____
25 )

26
       Plaintiff, appearing *pro se*, and Defendants, by and through their attorneys of record, hereby
27
   stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without
28
   prejudice in light of the fact that the United States Citizenship and Immigration Services is now

Stip. to Dismiss
C07-1796 RS                               1

1 | prepared to adjudicate plaintiff's application for naturalization and agrees to adjudicate such
2 | application within 30 days of the dismissal of this action.
3 |     Each of the parties shall bear their own costs and fees.

4 | Date: May 18, 2007          Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

                  /s/
ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants

                  /s/
Date: May 18, 2007          MARIA SOKOLOVA,
*Pro Se*

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: May 21, 2007

RICHARD SEEBORG
United States Magistrate Judge

Stip. to Dismiss
C07-1796 RS                   2